UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 09-004 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| RONALD L. STRUVE, | ) | |
| Defendant. | ) | |

Offense charged: Unlawful Storage of Explosives; Unlawful Possession of Firearms

Date of Detention Hearing: January 23, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is charged by Complaint with storing high explosives and firearms in a commercial storage facility, including machine guns, plastic explosives, grenade launchers, and

high-explosive grenades. The AUSA proffers that one of the grenades had "dud-fired", making it susceptible to exploding at any time if not properly handled.

(2) The government proffered information in support of the contention that defendant had taken steps to actively conceal the location of his residence, and had not been completely truthful about the identity of the lessee of the storage unit. Defendant initially denied an association with any other rental facilities which, when searched, yielded additional machine guns and ammunition.

(3) Defendant poses a risk of nonappearance due to lack of verification of some of his background information, and indications of efforts to conceal his location and the identity of the lessee of the storage unit. He poses a risk of danger due to the disregard for public safety indicated by the alleged method of storage of dangerous weapons and explosives.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the

01         Government, the person in charge of the corrections facility in which defendant is

02         confined shall deliver the defendant to a United States Marshal for the purpose of

03         an appearance in connection with a court proceeding; and

04   (4)    The clerk shall direct copies of this Order to counsel for the United States, to

05         counsel for the defendant, to the United States Marshal, and to the United States

06         Pretrial Services Officer.

07 DATED this <u>23rd</u> day of January, 2009.

                                                          */s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge